IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**VONDA SUE HUSTEAD**                                                                                   **PLAINTIFF**

V.                                   **CASE NO. 3:23-CV-3048**

**BENJAMIN BURNETT,**
**Public Defender; and**
**JANE OR JOHN DOE,**
**Secretary to Benjamin Burnett**                                                              **DEFENDANTS**

## ORDER

Now pending is the Report and Recommendation ("R&R") (Doc. 6) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, who conducted a preservice screening of the Complaint. He recommends dismissing the case because the Complaint fails to state a plausible claim of constitutional dimension under 28 U.S.C. § 1983. Plaintiff filed an Objection to the R&R (Doc. 7) in which she restated the facts in her Complaint but failed to engage with the R&R's legal reasoning.

The Court has now reviewed the entire case file *de novo* and finds it merits dismissal. **IT IS THEREFORE ORDERED** that the Objection is **OVERRULED**, and the case is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2).

**IT IS SO ORDERED** on this 9th day of February, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE